Boyce BLANCHARD, Appellant,

v.

STATE of Missouri,- Respondent.

No. ED 101293

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: March 31, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied June 3, 2015

Application for Transfer Denied August 18, 2015

Srikant Chigurupati, 1010 Market Street, Ste. 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### *ORDER*

PER CURIAM.

Boyce Blanchard appeals the judgment denying his Rule 29.15 motion for postconviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memoran-

---

dum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).